# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**FRANK RUSSEL OWENS**                                                        **PLAINTIFF**

**V.**                                          **CAUSE NO. 3:17-CV-00228-NBB-JMV**

**SALES ASSOCIATE DONNA and**
**JIM BROOK** *District Manager of the Dollar*
*Tree Store in Batesville Mississippi*                                **DEFENDANTS**

## ORDER REQUIRING ISSUANCE OF
## SUMMONSES AND SERVICE OF PROCESS

The Court having granted Plaintiff leave to proceed in this action *in forma pauperis* by Order [4] dated December 15, 2017, it is now,

**THEREFORE, ORDERED:**

1. That the clerk shall issue summonses for the defendants named in the complaint.

2. That the United States Marshal shall serve the (respective) summonses, complaint, and a copy of this Order upon the defendants pursuant to 28 U.S.C. §1915.

3. That Plaintiff is advised he must keep the Court informed of current address information—for purposes of transmitting the Court's orders and notices—or risk dismissal of this case.

**THIS,** the 31st day of July, 2018.

                                                      **/s/ Jane M. Virden**
                                                      **U. S. MAGISTRATE JUDGE**